

**EXHIBIT**

A

Phone: 802-222-5201
Fax: 855-945-4315
valleyvistarecovery.com
23 Upper Plain, Bradford, VT 05033
1 Alden Pl, Vergennes, VT 05491

05/18/2026

To Whom it May Concern:

Cindy Peatman has been approved for admission to Valley Vista. She is scheduled for admission on 05/29/2026 at 10am.

Thank you,

Julie Culbertson, BSN, RN
Valley Vista