EXHIBIT

B

## Heidi FitzGerald

**Subject:**                    FW: [EXTERNAL]RE: Ci. Pe. Treatment bed update ( VFOR Essex Women's)

**From:** operations <operations@vfor.org>
**Sent:** Monday, May 18, 2026 11:59 AM
**To:** Heidi FitzGerald <hfitzgerald@vtlawfirm.com>
**Subject:** Re: [EXTERNAL]RE: Ci. Pe. Treatment bed update ( VFOR Essex Women's)

Hello,

Thank you for reaching out to us. Typically, we do move ins on Wednesdays but will coordinate with Valley Vista for any needed extensions to that following week or until that Wednesday. Please assure she signs a release at V.Vista for us to coordinate this transition. Also, please let us know once she has made the transfer to Valley Vista.

Thank you kindly,

*Amanda L. Putvain*
Membership Manager
Vermont Foundation of Recovery
E: amanda@vfor.org **I** M:802. 404.7351

www.VFOR.org

**From:** Heidi FitzGerald <hfitzgerald@vtlawfirm.com>
**Sent:** Monday, May 18, 2026 10:49 AM
**To:** operations <operations@vfor.org>
**Cc:** Richard Goldsborough <rrg@vtlawfirm.com>; Quinonez, Alfredo <Alfredo.Quinonez@vermont.gov>
**Subject:** [EXTERNAL]RE: Ci. Pe. Treatment bed update ( VFOR Essex Women's)

**CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good morning,

We likely have a bed date at Valley Vista for our client of May 29, 2026. Would that date work for a place at your Essex Home approximately 15 days later (approx.. June 13th)?

Please advise. Thank you.

1